# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3999

_____

EDWARD REEDER,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal–Original Jurisdiction.

November 9, 2018

PER CURIAM.

The petition for belated appeal is denied on the merits.

WETHERELL, MAKAR, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Edward Reeder, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.